IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN-WATERLOO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 13-CR-2034-LRR |
| vs. | ) |
| MARY ANN RAMOS, | ) |
| Defendant. | ) |

ORDER RE: RELEASE OF 2010 FORD EDGE TO CLAIMANT
UNIVERSITY OF IOWA COMMUNITY CREDIT UNION

Based upon the Government's Response filed on February 20, 2015, to the University of Iowa Community Credit Union's (UICCU) Petition for Hearing to Adjudicate Validity of Interest in Property that the interest of the UICCU is superior to the interest of the United States;

IT IS HEREBY ORDERED:

That the 2010 Ford Edge included as subject to forfeiture in the Indictment filed against defendant be returned to the University of Iowa Community Credit Union.

ORDERED this 10th day of April, 2015.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA